# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136803(69)(70)

OLIVER/HATCHER CONSTRUCTION AND
DEVELOPMENT, INC.,
        Plaintiff-Appellant,

v

SC: 136803
COA: 275500
Oakland CC: 06-077442-CZ

SHAIN PARK ASSOCIATES,
        Defendant-Appellee.

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The motion for reconsideration of this Court's December 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
                    Clerk

d0615